# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Zachary Hayes Martin<br>aka Zac Martin<br>02/18/1976<br><br>*Defendant(s)* | Case: 1:21-mj-00150<br>Assigned to: Judge Zia M. Faruqui<br>Assign Date: 1/21/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2)<br>40 U.S.C. § 5104(e)(2)(D) and (G) | Restricted Buildings or Grounds<br>Unlawful Activities on Capitol Grounds. Disorderly Conduct and Demonstrating in the Capitol building |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Michael J. McGillicuddy, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephone__ (specify reliable electronic means).

Date: 01/21/2021

2021.01.21
20:25:16 -05'00'

*Judge's signature*

City and state: Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*