## *UNITED STATES DISTRICT COURT*
## *WESTERN DISTRICT OF MISSOURI*
## *SOUTHERN DIVISION*

## MINUTE SHEET

**UNITED STATES OF AMERICA**                     Date: **January 29, 2021**

**vs.**                                          Case No.:  **21-mj-2006-DPR**

**ZACHARY HAYES MARTIN**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:   Rule 5(c)(3) Out – Initial Appearance**

**Time Commenced:  1:41 p.m.        Time Terminated:  1:45 p.m.**

---

## APPEARANCES

**Plaintiff:     Jim Kelleher, AUSA**
**Defendant:   Dee Wampler, Retained**
**USPPTS:     Tracy Cowin**

---

**Proceedings:** **Parties appear as indicated above.  Defendant appears in person.**

**FPD's appointed for this district only.  Government does not move for detention.  Defendant advised of rights and questioned as to completion of the waiver of Rule 40 hearings.  Defendant waives the right to an identity hearing and a detention hearing in this district.**

**Defendant has signed, and agrees to abide by, the *Appearance Bond* and *Order Setting Conditions of Release*.  Defendant's next hearing will be 2/4/2021 at 1:00 p.m. Eastern Standard time virtually with the District of Columbia.**

**Defendant released on bond.**

---

**Courtroom Deputy/ERO:  Karla Berziel**