

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
Southern and Southwestern Divisions
United States Courthouse
222 North John Q. Hammons Parkway
Suite 1400
Springfield, Missouri 65806
(417) 865-3869

Transfer of ☐ Criminal Case  or ☑ Magistrate Case
WDMO Case No.: 20-mj-2006DPR          Case Title: USA v. Zachary Hayes Martin

Dear Sir/Madam:

**Pursuant to** ☑ F.R.Cr.P. 5     ☐ F.R.Cr.P. 32
☑ Attached are all public documents and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

**Pursuant to F.R.Cr.P. 20**
☐ Attached are all public documents and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

**Pursuant to 18 U.S.C. § 3605 Transfer of Jurisdiction**  ☐ Supervised Release     ☐ Probation
☐ Attached are the last charging document, the judgment and commitment, revocation orders (if any), and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

Sincerely,

Paige Wymore-Wynn, Clerk of Court

By  s/ Karla Berziel
      Deputy Clerk

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to  Karla_Berziel@mow.uscourts.gov

Clerk, U.S. District Court

Date: _____         By _____
                                          Deputy Clerk